# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 20, 2013

Lyle W. Cayce
Clerk

No. 12-51013
Summary Calendar

JOSE ANTONIO FIERROS-VALDEZ,

Petitioner–Appellant,

versus

UNITED STATES OF AMERICA; BUREAU OF PRISONS;
WARDEN, REEVES COUNTY DETENTION CENTER III;
GEO GROUP; DEPARTMENT OF HOMELAND SECURITY,

Respondents–Appellees.

Appeal from the United States District Court
for the Western District of Texas
No. 4:12-CV-82

Before SMITH, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-51013

Jose Fierros-Valdez, federal prisoner # 10157-308, an illegal alien against whom the Bureau of Immigration and Customs Enforcement has issued a detainer subjecting him to immediate removal from the United States upon release from the custody of the Bureau of Prisons ("BOP"), moves to proceed *in forma pauperis* ("IFP") to appeal the denial of his 28 U.S.C. § 2241 petition challenging the BOP's exclusion of him from rehabilitation programs and halfway houses. His arguments are foreclosed by *Gallegos-Hernandez v. United States*, 688 F.3d 190, 192–93 (5th Cir.), *cert. denied*, 133 S. Ct. 561 (2012).

Accordingly, the motion to proceed IFP is DENIED, and the appeal is DISMISSED as frivolous. *See* 5TH CIR. R. 42.2.